IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORRINE COLLINS, AS P/N/G OF A.W.; J.W.; M.W.; R.W.; AND S.W., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PHILADELPHIA; KAREN BERNARDINO; GEMMA SERVICES; ROSALYN HOOKS, <br><br> Defendants. | Docket No. 2:23-CV-03841 |

## ENTRY OF APPEARANCE WITH DEMAND FOR JURY TRIAL

Kindly enter the appearances of Marc H. Perry, Esquire and Katherine A. Raynor, Esquire of Post & Schell in the above-captioned matter on behalf of defendant, Gemma Services.

Kindly also enter the demand of defendant for a trial by twelve jurors.

**POST & SCHELL, P.C.**

Date:   October 11, 2023        BY: _____
Marc H. Perry, Esquire
I.D. #68610
E-MAIL: mperry@postschell.com

Katherine A. Raynor, Esquire
I.D. #330565
E-MAIL: kraynor@postschell.com

Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103
215-587-1000

Attorney for Defendant
Gemma Services

26406924v1

**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CORRINE COLLINS, AS P/N/G OF A.W.; J.W.; M.W.; R.W.; AND S.W., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PHILADELPHIA; KAREN BERNARDINO; GEMMA SERVICES; ROSALYN HOOKS, <br><br> Defendants. | Docket No. 2:23-CV-03841 |

**CERTIFICATE OF SERVICE**

    I, Marc H. Perry, Esquire and Katherine A. Raynor, Esquire hereby certify that a true and correct copy of the foregoing has been electronically filed with the Court and served electronically or by regular mail upon all counsel of record.

                                                    **POST & SCHELL, P.C.**

Date:  October 11, 2023          BY:  _/s/ Marc H. Perry_

                                                    Marc H. Perry, Esquire
                                                    I.D. #68610
                                                    E-MAIL: mperry@postschell.com

                                                    Katherine A. Raynor, Esquire
                                                    I.D. #330565
                                                    E-MAIL: kraynor@postschell.com

                                                    Four Penn Center
                                                    1600 John F. Kennedy Boulevard
                                                    Philadelphia, PA 19103
                                                    215-587-1000

                                                    Attorney for Defendant
                                                    Gemma Services