IN THE UNITED STATES DISTRCIT COUR
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORINNE COLLINS, as Parent and Natural Guardian of S.W., A.W., J.W., M.W., and R.W., minors<br>*Plaintiff*<br>vs.<br><br>CITY OF PHILADELPHIA, et al. | :<br>:<br>: CIVIL ACTION<br>:<br>: No.: 2:23-CV-003841-WB<br>:<br>: |

**PLAINTIFF'S NOTICE OF VOLUNTARY WITHDRAWAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

Plaintiff hereby voluntarily withdraws this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(a).

THE LAW OFFICE OF JARED S. ZAFRAN, LLC

BY:  /s/ *Andrew J. Thomson*
Andrew J. Thomson, Esquire
Attorney I.D. No. 87844
Law Office of Jared S. Zafran, LLC
1500 Walnut Street, Suite 500
Philadelphia, PA  19102
215-587-0038
Attorney for Plaintiff

Dated: October 30, 2023

IN THE UNITED STATES DISTRCIT COUR
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORINNE COLLINS, as Parent and Natural Guardian of S.W., A.W., J.W., M.W., and R.W., minors<br>     *Plaintiff*<br> vs.<br><br>CITY OF PHILADELPHIA, et al. | :<br>:<br>: CIVIL ACTION<br>:<br>: No.: 2:23-CV-003841-WB<br>:<br>: |

### CERTIFICATE OF SERVICE

 I, Andrew J. Thomson, Attorney for the Plaintiff, hereby certify that I served a copy of the foregoing Notice of Voluntary Withdrawal on Counsel for the Defendants City of Philadelphia, Karen Bernardino and Gemma Services via electronic filing on the ECF system and by regular mail to Defendant Rosalyn Hooks on October 30, 2023.

        **THE LAW OFFICE OF JARED S. ZAFRAN, LLC**

    BY: */s/ Andrew J. Thomson*
       Andrew J. Thomson, Esquire
       Attorney I.D. No. 87844
       Law Office of Jared S. Zafran, LLC
       1500 Walnut Street, Suite 500
       Philadelphia, PA  19102
       215-587-0038
       Attorney for Plaintiff

Dated:  October 30, 2023